In the Matter of MAX SHAPIRO, Appellant, against PAUL Moss, as Commissioner of Licenses of the City of New York, Respondent.

(Submitted January 30, 1936; decided March 3, 1936.)

*Paul Windels, Corporation Counsel (Alvin McKinley Sylvester* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs, by default under rule 15. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.